# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03929-TCB-JKL
## Butcher v. Cable News Network, Inc.
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Chambers on 12/14/2017.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 10:48 A.M.
TIME IN COURT: 00:08
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Angela Smith

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ilene Berman representing Cable News Network, Inc.<br>Ilene Berman representing Turner Broadcasting System, Inc.<br>Edward Buckley representing Omar Butcher<br>Shawntel Hebert representing Cable News Network, Inc.<br>Shawntel Hebert representing Turner Broadcasting System, Inc.<br>Thomas Mew representing Omar Butcher |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties advised the Court that the case settled. The Clerk's office is advised to terminate reference to Magistrate Judge Salinas. |