# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OMAR BUTCHER ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | File No. 1:16-cv-03929-TCB-JKL |
| v. ) | |
| ) | |
| CABLE NEWS NETWORK, INC., and ) | |
| TURNER BROADCASTING SYSTEM, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Omar Butcher and Defendants Cable News Network, Inc. and Turner Broadcasting System, Inc., stipulate and agree to the dismissal of this case with prejudice, with each party to bear its own attorneys' fees and costs of court.

SO STIPULATED this 18th day of January, 2018.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| BUCKLEY BEAL, LLP | TAYLOR ENGLISH DUMA, LLP |
| *s/ Thomas J. Mew IV* | *s/ Ilene W. Berman* |
| Thomas J. Mew, IV | Ilene W. Berman |
| Georgia Bar No. 503447 | Georgia Bar No. 054930 |
| tmew@buckleybeal.com | iberman@taylorenglish.com |
| Edward D. Buckley | Shawntel R. Hebert |

| | |
|---|---|
| Georgia Bar No. 092750 | Georgia Bar No. 512220 |
| edbuckley@buckleybeal.com | shebert@taylorenglish.com |
| Buckley Beal, LLP | Taylor English Duma LLP |
| 1230 Peachtree Street, Suite 900 | 1600 Parkwood Circle, Suite 400 |
| Atlanta, GA  30309 | Atlanta, Georgia 30339 |
| Telephone: (404) 781-1100 | (770) 434-6868 – Telephone |
| Facsimile: (404) 781-1101 | (770) 434-7376 – Facsimile |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OMAR BUTCHER )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CABLE NEWS NETWORK, INC., and )<br>TURNER BROADCASTING SYSTEM, )<br>INC., )<br>)<br>Defendants. ) | CIVIL ACTION<br>File No. 1:16-cv-03929-TCB-JKL |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Ilene W. Berman
    Shawntel R. Hebert

                                            BUCKLEY BEAL, LLP

                        By:  s/ *Thomas J. Mew*
                               Thomas J. Mew
                               Georgia Bar No. 503447